### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURTIS AMASON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-21-0069-HE |
| ) | |
| RIVERSIDE TRANSPORATION, ) | |
| INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff's unopposed motion to transfer case [Doc. #16] is **GRANTED**. The clerk of court is directed to transfer this case to the United States District Court for the Northern District of Oklahoma for further proceedings.

**IT IS SO ORDERED**.

Dated this 1st day of April, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE